CASREF,PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Midland)
# CIVIL DOCKET FOR CASE #: 7:25−cv−00231−DC−DTG

HEADWATER RESEARCH LLC v. Google LLC  
Assigned to: Judge David Counts  
Referred to: Judge Derek T. Gilliland  
Cause: 35:271 Patent Infringement  

Date Filed: 05/16/2025  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**HEADWATER RESEARCH LLC**    represented by    **Brian D. Ledahl**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310−826−7474
Fax: 310−826−6991
Email: bledahl@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale Chang**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310−826−7474
Email: dchang@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Tsuei**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826−7474
Fax: (310) 826−6991
Email: jtsuei@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason M Wietholter**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826−7474
Fax: (310) 826−6991
Email: jwietholter@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristopher R. Davis**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor

Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: kdavis@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–07474
Fax: 310–826–6991
Email: pwang@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: rmirzaie@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin T. Wang**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: bwang@raklaw.com
*ATTORNEY TO BE NOTICED*

**James N. Pickens**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310)826–7474
Fax: (310)826–6991
Email: jpickens@raklaw.com
*ATTORNEY TO BE NOTICED*

**Neil A. Rubin**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: nrubin@raklaw.com
*ATTORNEY TO BE NOTICED*

**Paul A. Kroeger**

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: pkroeger@raklaw.com
*ATTORNEY TO BE NOTICED*

**Qi (Peter) Tong**
Russ August & Kabat
8080 N. Central Expressway, Suite 1503
Dallas, TX 75206
310–826–7474
Fax: 310–826–6991
Email: ptong@raklaw.com
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: mafenster@raklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google LLC**       represented by       **Austin Buscher**
555 Twin Dolphin
Ste Fifth Floor
Redwood Shores, CA 94065
509–432–5948
Email: austinbuscher@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brady Huynh**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650–801–5094
Email: bradyhuynh@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Caroline M. Vermillion**
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue, 10th Floor
New York, NY 10016

212–849–7000
Email: carolinevermillion@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jocelyne Ma**
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94105
(415) 875–6310
Fax: (415) 875–6700
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lance L. Yang**
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, Ste 10th Floor
Los Angeles, CA 90017
213–443–3000
Fax: 213–443–3100
Email: lanceyang@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick T. Schmidt**
Quinn Emanuel Urqhart & Sullivan, LLP
865 So. Figueroa Street, 10th Floor
Los Angles, CA 90017
213.443.3000
Fax: 213.443.3100
Email: patrickschmidt@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Nelson**
Quinn Emanuel Urquhart & Sullivan, LLP
191 North Wacker Drive, Suite 2700
Chicago, IL 60606
312–705–7400
Fax: 312–705–7401
Email: davenelson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Dyana Khayup Mardon**
Jackson Walker LLP
1900 Broadway
Suite 1200
San Antonio, TX 78215
210–978–7740
Email: dmardon@jw.com
*ATTORNEY TO BE NOTICED*

**Erica Benites Giese**

Jackson Walker LLP
1900 Broadway
Ste 1200
San Antonio, TX 78215
210–978–7791
Email: egiese@jw.com
*ATTORNEY TO BE NOTICED*

**Katharine L. Carmona**
Richards Rodriguez & Skeith, LLP
611 West 15th St.
Austin, TX 78701
512–391–8263
Email: kcarmona@rrsfirm.com
*TERMINATED: 10/20/2025*
*ATTORNEY TO BE NOTICED*

**Nathaniel St. Clair , II**
Jackson Walker LLP
2323 Ross Ave., Ste. 600
Dallas, TX 75201
(214)953–5948
Fax: (214) 661–6848
Email: nstclair@jw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/16/2025 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* ( Filing fee $ 405 receipt number ATXWDC–20198507), filed by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Civil Cover Sheet)(Fenster, Marc) (Entered: 05/16/2025) |
| 05/16/2025 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Fenster, Marc) (Entered: 05/16/2025) |
| 05/16/2025 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 05/16/2025) |
| 05/16/2025 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 05/16/2025) |
| 05/16/2025 | Ï | Case assigned to Judge David Counts **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (jb3) (Entered: 05/19/2025) |
| 05/19/2025 | Ï | DEFICIENCY NOTICE: re 1 Complaint, 3 Disclosure Statement (Rule 7) **Incorrect header. Please include Midland/Odessa Division. Please do not refile the entire document as it will create a duplicate charge. Please file ONLY the document. Use the ATTACHMENT event from the menu and attach the proposed document as the Main Document LINK the proposed document to the original. In the docket text, type Corrected Complaint. Please re–file Disclosure Statement using the same event.** (jb3) (Entered: 05/19/2025) |
| 05/19/2025 | Ï 5 | |

| | | |
|---|---|---|
| | | ATTACHMENT *Corrected Complaint* to 1 Complaint by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 05/19/2025) |
| 05/19/2025 | Ï 6 | ATTACHMENT *Corrected Disclosure Statement* to 3 Disclosure Statement (Rule 7) by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 05/19/2025) |
| 05/20/2025 | Ï 7 | Summons Issued as to Google LLC. (slt) (Entered: 05/20/2025) |
| 05/28/2025 | Ï 8 | ORDER AND ADVISORY. CASE REFERRED to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. (jb3) (Entered: 05/28/2025) |
| 05/29/2025 | Ï 9 | Unopposed MOTION for Extension of Time to File Response/Reply as to 1 Complaint by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 05/29/2025) |
| 05/29/2025 | Ï 10 | NOTICE of Attorney Appearance by Nathaniel St. Clair, II on behalf of Google LLC. Attorney Nathaniel St. Clair, II added to party Google LLC(pty:dft) (St. Clair, Nathaniel) (Entered: 05/29/2025) |
| 06/11/2025 | Ï 11 | ORDER GRANTING–IN–PART 9 Motion for Extension of Time to File Response/Reply. Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/11/2025) |
| 06/27/2025 | Ï 12 | NOTICE of Attorney Appearance by Qi (Peter) Tong on behalf of HEADWATER RESEARCH LLC. Attorney Qi (Peter) Tong added to party HEADWATER RESEARCH LLC(pty:pla) (Tong, Qi) (Entered: 06/27/2025) |
| 07/15/2025 | Ï 13 | NOTICE of Attorney Appearance by David A. Nelson on behalf of Google LLC. Attorney David A. Nelson added to party Google LLC(pty:dft) (Nelson, David) (Entered: 07/15/2025) |
| 07/16/2025 | Ï 14 | MOTION to Appear Pro Hac Vice by Katharine L. Carmona *for Austin Buscher* ( Filing fee $ 100 receipt number ATXWDC–20465749) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 15 | MOTION to Appear Pro Hac Vice by Katharine L. Carmona *for Brady Huynh* ( Filing fee $ 100 receipt number ATXWDC–20465831) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 16 | MOTION to Appear Pro Hac Vice by Katharine L. Carmona *for Caroline M. Vermillion* ( Filing fee $ 100 receipt number ATXWDC–20465843) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 17 | MOTION to Appear Pro Hac Vice by Katharine L. Carmona *for Jocelyne Ma* ( Filing fee $ 100 receipt number ATXWDC–20465850) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 18 | MOTION to Appear Pro Hac Vice by Katharine L. Carmona *for Lance Yang* ( Filing fee $ 100 receipt number ATXWDC–20465853) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 19 | MOTION to Appear Pro Hac Vice by Katharine L. Carmona *for Patrick Schmidt* ( Filing fee $ 100 receipt number ATXWDC–20465865) by on behalf of Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 07/16/2025) |
| 07/17/2025 | Ï 20 | ORDER GRANTING 14 Motion to Appear Pro Hac Vice for Attorney Austin Buscher for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by |

| | | |
|---|---|---|
| | | Judge Derek T. Gilliland. (slt) (Entered: 07/17/2025) |
| 07/17/2025 | 21 | ORDER GRANTING 15 Motion to Appear Pro Hac Vice for Attorney Brady Huynh for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (slt) (Entered: 07/17/2025) |
| 07/17/2025 | 22 | ORDER GRANTING 16 Motion to Appear Pro Hac Vice for Attorney Caroline M. Vermillion for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (slt) (Entered: 07/17/2025) |
| 07/17/2025 | 23 | ORDER GRANTING 17 Motion to Appear Pro Hac Vice for Attorney Jocelyne A. Macelloni for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (slt) (Entered: 07/17/2025) |
| 07/17/2025 | 24 | ORDER GRANTING 18 Motion to Appear Pro Hac Vice for Attorney Lance L. Yang for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (slt) (Entered: 07/17/2025) |
| 07/17/2025 | 25 | ORDER GRANTING 19 Motion to Appear Pro Hac Vice for Attorney Patrick T. Schmidt for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (slt) (Entered: 07/17/2025) |
| 07/28/2025 | 26 | MOTION to Dismiss by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 07/28/2025) |
| 07/28/2025 | 27 | ANSWER to 1 Complaint with Jury Demand by Google LLC.(Carmona, Katharine) (Entered: 07/28/2025) |
| 08/11/2025 | 28 | AMENDED COMPLAINT against Google LLC amending 1 Complaint., filed by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Fenster, Marc) (Entered: 08/11/2025) |
| 08/13/2025 | 29 | ORDER Setting Initial Pretrial Conference Initial Pretrial Conference set for **9/24/2025 02:00 PM** in Waco before Judge Derek T. Gilliland,. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 08/13/2025) |
| 08/18/2025 | 30 | NOTICE of Attorney Appearance . Attorney Paul A. Kroeger added to party HEADWATER RESEARCH LLC(pty:pla) (Kroeger, Paul) (Entered: 08/18/2025) |
| 08/25/2025 | 31 | ANSWER to 28 Amended Complaint with Jury Demand by Google LLC.(Carmona, Katharine) (Entered: 08/25/2025) |
| 08/25/2025 | 32 | MOTION to Dismiss by Google LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Carmona, Katharine) (Entered: 08/25/2025) |
| 09/04/2025 | 33 | Motion for leave to File Sealed Document. Referral Judge: Derek T. Gilliland. (Attachments: # 1 SEALED DOCUMENT, # 2 SEALED DOCUMENT, # 3 SEALED DOCUMENT, # 4 SEALED DOCUMENT, # 5 SEALED DOCUMENT, # 6 SEALED DOCUMENT, # 7 Proposed Order, # 8 |

| | | |
|---|---|---|
| | | Proposed Order) (Carmona, Katharine) (Entered: 09/04/2025) |
| 09/04/2025 | 34 | AFFIDAVIT in Support *of Defendant Google LLC's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a)* by Google LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65)(Carmona, Katharine) (Entered: 09/04/2025) |
| 09/04/2025 | 35 | NOTICE of Attorney Appearance by James N. Pickens on behalf of HEADWATER RESEARCH LLC. Attorney James N. Pickens added to party HEADWATER RESEARCH LLC(pty:pla) (Pickens, James) (Entered: 09/04/2025) |
| 09/08/2025 | 36 | Response in Opposition to Motion, filed by HEADWATER RESEARCH LLC, re 32 MOTION to Dismiss filed by Defendant Google LLC (Attachments: # 1 Affidavit of Peter Tong, # 2 Exhibit A)(Fenster, Marc) (Entered: 09/08/2025) |
| 09/10/2025 | 37 | NOTICE *OF VENUE DISCOVERY AND OPPOSITION DEADLINE* by HEADWATER RESEARCH LLC (Tong, Qi) (Entered: 09/10/2025) |
| 09/11/2025 | 38 | Redacted Public Version *of Google LLC's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. Section 1404(a)* of 33 Motion for leave to File Sealed Document by Google LLC. (Carmona, Katharine) (Entered: 09/11/2025) |
| 09/12/2025 | 39 | ORDER GRANTING 33 Motion for Leave to File Sealed Document Signed by Judge Derek T. Gilliland. (ktm) (Entered: 09/12/2025) |
| 09/12/2025 | 40 | Sealed Motion filed. Referral Judge: Derek T. Gilliland. (Attachments: # 1 DEFENDANT GOOGLE LLCS MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a), # 2 DECLARATION OF TODD HANSEN IN SUPPORT OF DEFENDANT GOOGLE LLCS MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a), # 3 EXHIBIT 9 FILED UNDER SEAL, # 4 EXHIBIT 17 FILED UNDER SEAL, # 5 EXHIBIT 18 FILED UNDER SEAL, # 6 EXHIBIT 20 FILED UNDER SEAL) (ktm) (Entered: 09/15/2025) |
| 09/15/2025 | 41 | Rule 26(f) Discovery Report/Case Management Plan by HEADWATER RESEARCH LLC. (Attachments: # 1 Proposed Scheduling Order)(Tong, Qi) (Entered: 09/15/2025) |
| 09/15/2025 | 42 | REPLY to Response to Motion, filed by Google LLC, re 32 MOTION to Dismiss filed by Defendant Google LLC (St. Clair, Nathaniel) (Entered: 09/15/2025) |
| 09/16/2025 |  | Text Order MOOTING 26 Motion to Dismiss the Original Complaint entered by Judge Derek T. Gilliland. The motion to dismiss is moot in light of the plaintiff's first amended complaint (Dkt. No. 28). (This is a text−only entry generated by the court. There is no document associated with this entry.) (anlc) (Entered: 09/16/2025) |
| 09/19/2025 | 43 | ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 09/19/2025) |
| 10/07/2025 | 44 | |

| | | |
|---|---|---|
| | | SCHEDULING ORDER: Initial Pretrial Conference set for **9/24/2025 2:00 PM** before Derek T. Gilliland; Final Pretrial Conference set for **3/12/2027 10:00 AM** in Midland before Judge David Counts, Jury Selection/Trial set for **4/5/2027 08:00 AM** in Midland before Judge David Counts, Markman Hearing set for **2/23/2026 09:00 AM** before Judge Derek T. Gilliland, Amended Pleadings due by 6/15/2026, Discovery due by 9/21/2026, Joinder of Parties due by 4/6/2026, Dispositive and Daubert Motions due by 12/21/2026. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 10/08/2025) |
| 10/17/2025 | 45 | Unopposed MOTION to Withdraw as Attorney *on behalf of Katharine Lee Carmona* by Google LLC. (Attachments: # 1 Proposed Order Granting Motion to Withdraw). Motions referred to Judge Derek T. Gilliland. (St. Clair, Nathaniel) (Entered: 10/17/2025) |
| 10/20/2025 | 46 | ORDER GRANTING 45 Motion to Withdraw as Attorney. Signed by Judge Derek T. Gilliland. (slt) (Entered: 10/20/2025) |
| 10/21/2025 | 47 | NOTICE *of Supplemental Authority Related to Rule 12(B)(6) Motion for Partial Dismissal* by HEADWATER RESEARCH LLC re 32 MOTION to Dismiss (Attachments: # 1 Exhibit A)(Tong, Qi) (Entered: 10/21/2025) |
| 11/05/2025 | 48 | RULE 7 DISCLOSURE STATEMENT filed by Google LLC identifying Other Affiliate Alphabet Inc., Other Affiliate XXVI Holdings Inc. for Google LLC. (St. Clair, Nathaniel) (Entered: 11/05/2025) |
| 11/10/2025 | 49 | RESPONSE *to Headwater's Notice of Supplemental Authority Related to Rule 12(b)(6) Motion for Partial Dismissal* to 47 Notice (Other) by Google LLC. (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/10/2025 | 50 | NOTICE *of Service of Discovery* by Google LLC (St. Clair, Nathaniel) (Entered: 11/10/2025) |
| 11/14/2025 | 51 | Joint MOTION *FOR CASE MANAGEMENT ORDER RELATED TO VENUE* by HEADWATER RESEARCH LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Tong, Qi) (Entered: 11/14/2025) |
| 11/18/2025 | 52 | ORDER REGARDING DISCOVERY DISPUTE SUBMITTED OCTOBER 30, 2025. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 11/18/2025) |
| 11/20/2025 | 53 | ORDER GRANTING JOINT MOTION FOR CASE MANAGEMENT RELATED TO VENUE; ORDER GRANTING 51 Motion. Signed by Judge Derek T. Gilliland. (slt) (Entered: 11/20/2025) |
| 12/10/2025 | 54 | AFFIDAVIT in Support *OF PLAINTIFF HEADWATERS OPPOSITION TO GOOGLES MOTIONS TO TRANSFER* by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82)(Fenster, Marc) (Entered: 12/10/2025) |
| 12/10/2025 | 55 | Sealed Motion IN OPPOSITION TO GOOGLE'S MOTIONS TO TRANSFER filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures. Referral Judge: Derek |

| | | |
|---|---|---|
| | | T. Gilliland. (slt) Modified on 12/11/2025 (slt). (Entered: 12/11/2025) |
| 12/17/2025 | 56 | Redacted Public Version of 55 Sealed Motion filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures by HEADWATER RESEARCH LLC. (Tong, Qi) (Entered: 12/17/2025) |
| 12/18/2025 | 57 | AFFIDAVIT in Support *of Google's Reply in Support of its' Motion to Transfer Venue to The Northern District of California under 28 U.S.C. § 1404(A)* by Google LLC. (Attachments: # 1 Exhibit 1 – Slip Sheet, # 2 Exhibit 2 – Slip Sheet, # 3 Exhibit 3– Slip Sheet, # 4 Exhibit 4– Slip Sheet, # 5 Exhibit 5– Slip Sheet, # 6 Exhibit 6– Slip Sheet, # 7 Exhibit 7– Slip Sheet, # 8 Exhibit 8– Slip Sheet, # 9 Exhibit 9– Slip Sheet, # 10 Exhibit 10– Slip Sheet, # 11 Exhibit 11– Slip Sheet, # 12 Exhibit 12– Slip Sheet, # 13 Exhibit 13– Slip Sheet, # 14 Exhibit 14– Slip Sheet, # 15 Exhibit 15– Slip Sheet, # 16 Exhibit 16– Slip Sheet, # 17 Exhibit 17– Slip Sheet, # 18 Exhibit 18– Slip Sheet, # 19 Exhibit 19– Slip Sheet, # 20 Exhibit 20– Slip Sheet, # 21 Exhibit 21– Slip Sheet, # 22 Exhibit 22– Slip Sheet, # 23 Exhibit 23– Slip Sheet, # 24 Exhibit 24– Slip Sheet, # 25 Exhibit 25– Slip Sheet, # 26 Exhibit 26– Slip Sheet, # 27 Exhibit 27– Slip Sheet, # 28 Exhibit 28– Slip Sheet, # 29 Exhibit 29– Memo and Order, # 30 Exhibit 30– Slip Sheet, # 31 Exhibit 31– Roberts LinkedIn, # 32 Exhibit 32– Rice LinkedIn, # 33 Exhibit 33– Lagrone LinkedIn, # 34 Exhibit 34– Lucas LinkedIn, # 35 Exhibit 35– Slip Sheet, # 36 Exhibit 36– Slip Sheet, # 37 Exhibit 37– Slip Sheet)(Yang, Lance) (Entered: 12/18/2025) |
| 12/18/2025 | 58 | Motion for leave to File Sealed Document by Google LLC pursuant to W.D. Texas SDS procedures. Referral Judge: Derek T. Gilliland. (slt) (Entered: 12/18/2025) |
| 12/22/2025 | 59 | Opening Claim Construction Brief by Google LLC. (Attachments: # 1 Declaration of Austin Buscher in Support of Defendant's Opening Claim Construction Brief, # 2 Exhibit A to Buscher Declaration, # 3 Exhibit B to Buscher Declaration, # 4 Exhibit C to Buscher Declaration, # 5 Exhibit D to Buscher Declaration, # 6 Declaration of Dan Schonfeld in Support of Defendant's Opening Claim Construction Brief)(Yang, Lance) (Entered: 12/22/2025) |
| 12/24/2025 | 60 | Redacted Public Version *of Google's Reply in Support of its Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a)* of 58 Motion for leave to File Sealed Document by Google LLC pursuant to W.D. Texas SDS procedures by Google LLC. (Yang, Lance) (Entered: 12/24/2025) |
| 01/05/2026 | 61 | ORDER GRANTING 58 Motion for Leave to File Sealed Document. Signed by Judge Derek T. Gilliland. (slt) (Entered: 01/05/2026) |
| 01/05/2026 | 62 | Sealed Document Google's Reply in Support of Its Motion to Transfer Venue filed by Google LLC pursuant to W.D. Texas SDS procedures. (slt) (Entered: 01/05/2026) |
| 01/08/2026 | 63 | Joint MOTION *TO MODIFY DEADLINES FOR RESPONSIVE AND REPLY CLAIM CONSTRUCTION BRIEFS* by HEADWATER RESEARCH LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Tong, Qi) (Entered: 01/08/2026) |
| 01/09/2026 | 64 | ORDER GRANTING 63 Motion Joint Motion to Modify Deadlines for Responsive and Reply claim construction Briefs Signed by Judge Derek T. Gilliland. (ktm) (Entered: 01/09/2026) |
| 01/14/2026 | 65 | RESPONSE to 59 Claim Construction Brief, by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Affidavit of James Pickens)(Fenster, Marc) (Entered: 01/14/2026) |
| 01/14/2026 | 66 | Sealed Document filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures. (slt) (Entered: 01/15/2026) |
| 01/15/2026 | 67 | |

| | | |
|---|---|---|
| | | Sealed Motion to Strike filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures. Referral Judge: Derek T. Gilliland. (slt) (Entered: 01/16/2026) |
| 01/22/2026 | 68 | Redacted Public Version of 67 Sealed Motion filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures by HEADWATER RESEARCH LLC. (Attachments: # 1 Exhibit 1)(Tong, Qi) (Entered: 01/22/2026) |
| 01/22/2026 | 69 | NOTICE of Attorney Appearance by Dyana Khayup Mardon on behalf of Google LLC. Attorney Dyana Khayup Mardon added to party Google LLC(pty:dft) (Mardon, Dyana) (Entered: 01/22/2026) |
| 01/22/2026 | 70 | NOTICE of Attorney Appearance by Erica Benites Giese on behalf of Google LLC. Attorney Erica Benites Giese added to party Google LLC(pty:dft) (Giese, Erica) (Entered: 01/22/2026) |
| 01/26/2026 | 71 | ORDER APPOINTING TECHNICAL ADVISOR. Joshua J. Yi Ph.D. appointed. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 01/26/2026) |
| 01/27/2026 | 72 | Reply Claim Construction Brief regarding 65 Response, by Google LLC. (Attachments: # 1 Declaration of Lance Yang in Support of Defendant Google LLC's Reply Claim Construction Brief, # 2 Exhibit D to Yang Declaration, # 3 Exhibit E to Yang Declaration, # 4 Exhibit F to Yang Declaration, # 5 Exhibit G to Yang Declaration, # 6 Exhibit H to Yang Declaration, # 7 Exhibit I to Yang Declaration, # 8 Exhibit J to Yang Declaration)(Yang, Lance) (Entered: 01/27/2026) |
| 01/29/2026 | 73 | NOTICE *OF SUPPLEMENTAL RULINGS IN OPPOSITION TO GOOGLES MOTION TO TRANSFER [Dkt. 33–1]* by HEADWATER RESEARCH LLC re 34 Affidavit in Support,,,,, (Tong, Qi) (Entered: 01/29/2026) |
| 01/29/2026 | 74 | Sealed Response filed by Google LLC pursuant to W.D. Texas SDS procedures. (slt) Modified event on 1/30/2026 (slt). (Entered: 01/30/2026) |
| 02/04/2026 | 75 | STATUS REPORT *re Google's Motion to Transfer Venue* by Google LLC. (Yang, Lance) (Entered: 02/04/2026) |
| 02/05/2026 | 76 | RESPONSE *to Headwaters Notice of Supplemental Rulings* to 73 Notice (Other) by Google LLC. (Yang, Lance) (Entered: 02/05/2026) |
| 02/05/2026 | 77 | Redacted Public Version of 74 Sealed Document by Google LLC. (Attachments: # 1 Exhibit 1)(Yang, Lance) (Entered: 02/05/2026) |
| 02/05/2026 | 78 | REPLY to Response to Motion, filed by HEADWATER RESEARCH LLC, re 67 Sealed Motion filed by HEADWATER RESEARCH LLC pursuant to W.D. Texas SDS procedures filed by Plaintiff HEADWATER RESEARCH LLC (Tong, Qi) (Entered: 02/05/2026) |
| 02/09/2026 | 79 | RESPONSE *SUR–REPLY* to 72 Claim Construction Brief, by HEADWATER RESEARCH LLC. (Fenster, Marc) (Entered: 02/09/2026) |
| 02/12/2026 | 80 | Joint Claim Construction Brief or Statement by HEADWATER RESEARCH LLC. (Tong, Qi) (Entered: 02/12/2026) |
| 02/13/2026 | 81 | Opposed MOTION to Consolidate Cases *(Case Management Motion)* by Google LLC. (Attachments: # 1 Declaration of Jocelyn Ma in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Yang, Lance) (Entered: 02/13/2026) |
| 02/17/2026 | 82 | Sealed Document Declaration of Jocelyn Ma in Support of Google's Motion to Consolidate filed by Google LLC pursuant to W.D. Texas SDS procedures. (slt) (Entered: 02/17/2026) |

| 02/18/2026 | 83 | ORDER GRANTING DEFENDANTS OPPOSED MOTION TO TRANSFER (DKT. NO. 40–1) 40 Sealed Motion Signed by Judge Derek T. Gilliland. (ktm) (Entered: 02/18/2026) |