QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 North Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400

Lance L. Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
patrickschmidt@quinnemanuel.com
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Jocelyn Ma (Bar No. 319878)
jocelynma@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600

*Attorneys for Defendant Google LLC*

[Additional Counsel on Signature Page]

RUSS AUGUST & KABAT
Marc Fenster (Bar No. 181067)
mfenster@raklaw.com
Reza Mirzaie (Bar No. 246953)
rmirzaie@raklaw.com
Brian Ledahl (Bar No. 186579)
bledahl@raklaw.com
Ben Wang (Bar No. 228712)
bwang@raklaw.com
Paul Kroeger (Bar No. 229074)
pkroeger@raklaw.com
Neil A. Rubin (Bar No. 250761)
nrubin@raklaw.com
Kristopher Davis (Bar No. 329627)
kdavis@raklaw.com
James S. Tsuei (Bar No. 285530)
jtsuei@raklaw.com
Philip Wang (Bar No. 262239)
pwang@raklaw.com
James Pickens (Bar No. 307474)
jpickens@raklaw.com
James Milkey (Bar No. 281283)
jmilkey@raklaw.com
Jason M. Wietholter (Bar No. 337139)
jwietholter@raklaw.com
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone:  (310) 826-7474

*Counsel for Plaintiff Headwater Research LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:26-cv-01460-NW<br><br>**STIPULATION REGARDING DEFENDANT GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

1                                        Case No. 5:26-cv-01460-NW

WHEREAS, in May 2025, Plaintiff Headwater Research LLC ("Headwater") filed this action for alleged patent infringement against Defendant Google LLC ("Google") in the Western District of Texas, and it was thereafter transferred to the Northern District of California on February 26, 2026 and assigned Case No. 5:26-cv-01460-NW (the "-1460 Case");

WHEREAS, in August 2025, Plaintiff Headwater filed another action for alleged patent infringement against Defendant Google in the Western District of Texas, and it was thereafter transferred to the Northern District of California on June 24, 2026 and assigned Case No. 3:26-cv-06192-LJC (the "-6192 Case");

WHEREAS, Defendant Google has filed an administrative motion to consider whether the -6192 Case is related to this case in accordance with Civil Local Rules 3-12 and 7-11;

WHEREAS, pursuant to Civil Local Rule 3-12(a), the Parties believe that both cases involve substantially similar subject matter and events, and that given the circumstances present here, the litigation of these Cases before different courts may result in an unduly burdensome duplication of labor and expense for all Parties and the Court;

NOW, THEREFORE, the Parties, by and through their respective attorneys of record, hereby agree and stipulate as follows:

*Headwater Research LLC v. Google LLC*, No. 3:26-cv-06192-LJC (N.D. Cal.) is related to *Headwater Research LLC v. Google LLC*, No. 5:26-cv-01460-NW (N.D. Cal.) and should be reassigned to the Honorable Noël Wise as the judge presiding over the lower-numbered case.

**IT IS SO STIPULATED.**

STIPULATION REGARDING GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED

DATED:  June 26, 2026                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ Lance L. Yang

David A. Nelson (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
191 North Wacker Drive, Suite 2700
Chicago, IL 60606
Tel:  (312) 705-7400
davenelson@quinnemanuel.com

Lance L, Yang (Bar No. 260705)
Patrick T. Schmidt (Bar No. 274777)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel:  (213) 443-3000
lanceyang@quinnemanuel.com
patrickschmidt@quinnemanuel.com

Jocelyn Ma (Bar No, 319878)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:  (415) 875-6600
Jocelynma@quinnemanuel.com

Brady Huynh (Bar No. 339441)
Austin Buscher (Bar No. 346456)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel:  (650) 801-5000
bradyhuynh@quinnemanuel.com
austinbuscher@quinnemanuel.com

Caroline M. Vermillion (*pro hac vice forthcoming*)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
Tel:  (212) 849-7000
carolinevermillion@quinnemanuel.com

*Counsel for Defendant Google LLC*

STIPULATION REGARDING GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED

DATED:  June 26, 2026                    RUSS AUGUST & KABAT

                                  */s/ Marc Fenster*
                                  Marc Fenster (CA Bar No. 181067)
                                  mfenster@raklaw.com
                                  Reza Mirzaie (CA Bar No. 246953)
                                  rmirzaie@raklaw.com
                                  Brian Ledahl (CA Bar No. 186579)
                                  bledahl@raklaw.com
                                  Ben Wang (CA Bar No. 228712)
                                  bwang@raklaw.com
                                  Paul Kroeger (CA Bar No. 229074)
                                  pkroeger@raklaw.com
                                  Neil A. Rubin (CA Bar No. 250761)
                                  nrubin@raklaw.com
                                  Kristopher Davis (CA Bar No. 329627)
                                  kdavis@raklaw.com
                                  James S. Tsuei (CA Bar No. 285530)
                                  jtsuei@raklaw.com
                                  Philip Wang (CA Bar No. 262239)
                                  pwang@raklaw.com
                                  James Pickens (CA Bar No. 307474)
                                  jpickens@raklaw.com
                                  James Milkey (CA Bar No. 281283)
                                  jmilkey@raklaw.com
                                  Jason Wietholter (CA Bar No. 337139)
                                  jwietholter@raklaw.com
                                  **RUSS AUGUST & KABAT**
                                  12424 Wilshire Boulevard, 12th Floor
                                  Los Angeles, California 90025
                                  Telephone: (310) 826-7474
                                  Facsimile: (310) 826-9226

                                  *Counsel for Plaintiff*
                                  *Headwater Research LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, this ___7___ day of ____July____,
2026.

GRANTED
Judge Noël Wise

_____
The Honorable Noël Wise
United States District Court Judge

3                        Case No. 5:26-cv-01460-NW
STIPULATION REGARDING GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

This document is being filed through the Electronic Case Filing (ECF) system. By my signature, I attest that I have obtained concurrence in the filing of this document from each of the attorneys signing this submission.

DATED: June 26, 2026                    By: *Lance L. Yang*
                                              Lance L. Yang

STIPULATION REGARDING GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED